957 A.2d 1178

Michael McCLOSKEY, Petitioner

v.

COMMONWEALTH of Pennsylvania, District Attorney of Philadelphia County, Pennsylvania; Robert Shannon, Superintendent, S.C.I. Frackville, Respondents.

No. 91 EM 2008.

Supreme Court of Pennsylvania.

Sept. 30, 2008.

## ORDER

PER CURIAM.

AND NOW, this 30th day of September, 2008, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus is DENIED.